IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; DELAWARE STATE SPORTSMAN'S ASSOCIATION, INC; and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., <br><br> Plaintiffs. <br><br> v. <br><br> DELAWARE DEPARTMENT OF SAFETY AND HOMELAND SECURITY; NATHANIAL MCQUEEN, JR., in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. MELISSA ZEBLEY, in her official capacity as Superintendent of the Delaware State Police, <br><br> Defendants. | Civil Action No. 1:24-cv-00590-MN |

## STIPULATION AND ORDER TO EXTEND TIME

Counsel for Plaintiffs Thomas S. Neuberger, Jerry L. Martin, William R. Hague, Jr., Delaware State Sportsman's Association, Inc., and Bridgeville Rifle & Pistol Club, Ltd. ("Plaintiffs"), and counsel for Defendants Delaware Department of Safety and Homeland Security ("Delaware DSHS"), Nathaniel McQueen, Jr., in his official capacity as Delaware DSHS Cabinet Secretary, and Col. Melissa Zebley, in her official capacity as Delaware State Police Superintendent ("Defendants") in the above-captioned action have agreed, subject to approval of the Court, that: (i) Defendants accept service of the Complaint, and that; (ii) the time for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief (ECF No. 1) (the "Complaint") is extended until September 27, 2024.

If Defendants file a Motion to Dismiss, Plaintiffs will have 45 days to respond, and Defendants will have 30 days to reply. No party will be prejudiced by this extension.

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | DELAWARE DEPARTMENT OF JUSTICE |
| By: */s/ Francis G.X. Pileggi*<br>Francis G.X. Pileggi (No. 2624)<br>Andrew A. Ralli (No. 6733)<br>500 Delaware Ave., Suite 700<br>Wilmington, Delaware 19801<br>(302) 985-6000<br>Francis.Pileggi@LewisBrisbois.com<br>Andrew.Ralli@LewisBrisbois.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Kenneth L. Wan*<br>Kenneth L. Wan (No. 5668)<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>Kenneth.Wan@delaware.gov<br><br>*Attorney for Defendants* |

DATED: August 12, 2024

**SO ORDERED this 13th day of August 2024.**

_____
The Honorable Maryellen Noreika
United States District Judge