# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC; and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., <br><br> Plaintiffs. <br><br> v. <br><br> NATHANIAL MCQUEEN, JR., in his official capacity as Cabinet Secretary Delaware Department of Safety and Homeland Security; and COL. WILLIAM CROTTY, in his official capacity as superintendent of the Delaware State Police, <br><br> Defendants. | Civil Action No. 1:24-cv-00590-MN |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND SUPPLEMENT THE FIRST AMENDED COMPLAINT

Plaintiffs Thomas S. Neuberger; Jerry L. Martin; William R. Hague, Jr.; Delaware State Sportsmen's Association (DSSA); and Bridgeville Rifle and Pistol Club, Ltd. (BRPC) (collectively, "Plaintiffs"), by counsel, hereby move the Court, pursuant to Rules 15(a)(2) and 15(d) of the Federal Rules of Civil Procedure, for an order granting the Plaintiffs leave to amend and supplement their First Amended Complaint. The grounds for this motion are set forth in the Plaintiffs' Memorandum

of Law in Support of Motion for Leave to Amend and Supplement the First Amended Complaint filed concurrently herewith.

                                                         Respectfully submitted,

                                                         LEWIS BRISBOIS
                                                            BISGAARD & SMITH LLP

| OF COUNSEL: | */s/ Francis G.X. Pileggi* |
|---|---|
| Joseph G.S. Greenlee | Francis G.X. Pileggi (No. 2624) |
| Erin M. Erhardt | Scott D. Cousins (No. 3079) |
| National Rifle Association of | Alexander D. MacMullan |
|    America – Institute for Legislative | (Admitted *pro hac vice*) |
|    Action | 500 Delaware Ave., Suite 700 |
| 11250 Waples Mill Road | Wilmington, DE 19801 |
| Fairfax, VA  22030 | (302) 985-6000 |
| | Francis.Pileggi@LewisBrisbois.com |
| Dated:  February 11, 2025 | Scott.Cousins@LewisBrisbois.com |
| | Alexander.MacMullan@LewisBrisbois.com |
| | |
| | *Counsel for Plaintiffs* |