IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER; JERRY L. MARTIN; WILLIAM R. HAGUE, JR.; DELAWARE STATE SPORTSMAN'S ASSOCIATION, INC; and BRIDGEVILLE RIFLE & PISTOL CLUB, LTD., <br><br> Plaintiffs. <br><br> v. <br><br> NATHANIEL MCQUEEN, JR., in his official capacity as Cabinet Secretary, Delaware Department of Safety and Homeland Security; and COL. WILLIAM CROTTY, in his official capacity as Superintendent of the Delaware State Police, <br><br> Defendants. | Civil Action No. 1:24-cv-00590-MN |

## STIPULATION AND [PROPOSED] ORDER FOR ADDITIONAL PAGES

In light of the parties' February 14, 2025 stipulation, which extended the page limit of Defendants' motion to dismiss by five pages (25 pages total) (D.I. 38), Counsel for Plaintiffs Thomas S. Neuberger, Jerry L. Martin, William R. Hague, Jr., Delaware State Sportsman's Association, Inc., and Bridgeville Rifle & Pistol Club, Ltd. (together, *Plaintiffs*), and counsel for Defendants Nathaniel McQueen, Jr., in his official capacity as Delaware Department of Safety and Homeland Security Cabinet Secretary, and Col. William Crotty, in his official capacity as Delaware State Police Superintendent, (together, *Defendants*) in the above-captioned action agree, subject to approval of the Court, that:

1. The page limit under L.R. 7.1.3(a)(4) for Plaintiffs' answering brief in opposition to Defendants' motion to dismiss is extended by five pages (25 pages total); and

154789251.1

2. The page limit under L.R. 7.1.3(a)(4) for Defendants' reply brief in support of their motion to dismiss is extended by five pages (15 pages total).

| | |
|---|---|
| LEWIS BRISBOIS<br>    BISGAARD & SMITH LLP | DELAWARE DEPARTMENT OF JUSTICE |
| By: */s/ Francis G.X. Pileggi*<br>Francis G.X. Pileggi (No. 2624)<br>Scott D. Cousins (No. 3079)<br>Alexander D. MacMullan<br>(Admitted *pro hac vice*)<br>Andrew A. Ralli (No. 6733)<br>500 Delaware Ave., Suite 700<br>Wilmington, Delaware 19801<br>(302) 985-6000<br>Francis.Pileggi@LewisBrisbois.com<br>Scott.Cousins@LewisBrisbois.com<br>Alexander.MacMullan@LewisBrisbois.com<br>Andrew.Ralli@LewisBrisbois.com | By: */s/ Zachary S. Stirparo*<br>Zachary S. Stirparo (No. 6928)<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>Zachary.Stirparo@delaware.gov |
| OF COUNSEL:<br>Joseph G.S. Greenlee<br>Erin M. Erhardt<br>National Rifle Association of America –<br>    Institute for Legislative Action<br>11250 Waples Mill Road<br>Fairfax, VA  22030 | FRESHFIELDS US LLP<br>Eric B. Bruce (*admitted pro hac vice*)<br>Jennifer B. Loeb (*admitted pro hac vice*)<br>Lauren Kaplin (*admitted pro hac vice*)<br>Jacob Johnston (*admitted pro hac vice*)<br>700 13th Street NW, 10th Floor<br>Washington, DC 20005<br>(202) 777-4500<br>eric.bruce@freshfields.com<br>jennifer.loeb@freshfields.com<br>lauren.kaplin@freshfields.com<br>jacob.johnston@freshfields.com |
| *Counsel for Plaintiffs* | Rebecca Curwin Kerr<br>(*admitted pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street, 51st Floor<br>New York, NY 10007<br>(212) 277-4000<br>rebecca.kerr@freshfields.com |
| DATED:  March 26, 2025 | *Counsel for Defendants* |

**SO ORDERED**, this _____ day of March 2025.

                                                                                                      _____
                                                                                                      Hon. Maryellen Noreika
                                                                                                      United States District Court Judge